# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 16-14836-AMC

DAVID CORBETT

3874 HOLLYWOOD AVENUE

TREVOSE, PA 19053

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DAVID CORBETT

3874 HOLLYWOOD AVENUE

TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

BRANDON J. PERLOFF
KWARTLER MANUS LLC
1429 WALNUT STREET  STE 701
PHILADELPHIA, PA 19102-

/S/ William C. Miller
_____

Date: 9/15/2016

William C. Miller, Esquire
Chapter 13 Standing Trustee