IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| David Corbett, | : | Case 16-14836-amc |
| Debtor | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 9007, and 9010 and 11 U.S.C. § 102(1) and § 1109(b), and all other applicable law, the undersigned, as counsel of record for **Bucks County Water and Sewer Authority**, a creditor of the above-named debtor and a party-in-interest in the above-captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served in this case, be given and served upon the undersigned at the following office address and phone number:

Siobhan D. Byrnes, Esquire
Begley, Carlin & Mandio, LLP
680 Middletown Boulevard
P.O. Box 308
Langhorne, PA  19047
Telephone:  (215) 750-0110
Facsimile:  (215) 750-0954
sbyrnes@begleycarlin.com

The foregoing request includes not only the notices and papers referred to within the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax, or otherwise filed or made regarding the referenced and all proceedings therein.

BEGLEY, CARLIN & MANDIO, LLP

Date: 11/30/16

By: /s/ Siobhan D. Byrnes
Siobhan D. Byrnes, Esquire
Attorney for Bucks County Water and Sewer Authority

{00776643/}