IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| David Corbett, | : | Case 16-14836-amc |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Siobhan D. Byrnes, Esquire, an attorney with the law firm Begley, Carlin & Mandio, LLP, certify that on this 30th day of November, 2016, a true and correct copy of the Entry of Appearance was served upon the following via the Case Management/Electronic Case Filing system:

Brandon J. Perloff, Esquire
Kwartler Manus, LLC
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

**BEGLEY, CARLIN & MANDIO, LLP**

Date: 11/30/16                                   By: /s/ Siobhan D. Byrnes
                                                                **Siobhan D. Byrnes, Esquire**
                                                                Attorney for Bucks County Water and Sewer Authority

{00776643/}