# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-14836-AMC

DAVID CORBETT

3874 HOLLYWOOD AVENUE

TREVOSE, PA 19053

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DAVID CORBETT

    3874 HOLLYWOOD AVENUE

    TREVOSE, PA 19053

**Counsel for debtor(s), by electronic notice only.**
    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 12/21/2016

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee