## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :   CHAPTER 13
David Corbett                                      :
    Debtor                     :   BANKRUPTCY NO.:  16-14836-AMC

### OBJECTION TO MOTION FOR RELIEF

Debtor, by his attorney, Brandon J. Perloff, Esq. by way of answer to Movant's motion, respectfully represents the following:

1. -5.   Admitted.

6.   Denied.  By way of further response, the Debtor intends to cure any payments that may be due at this time.

7.- 8.   Denied.  The Debtor does not have the requisite knowledge to attest to the veracity of the Movant'a averment.

9.   Admitted.

10.   Denied.  The allegations contained in this paragraph constitute legal conclusions to which no response is required.

11.   No response is required.

WHEREFORE, Debtor prays that the Movant's request for relief be denied.

/s/ Brandon J. Perloff
Brandon J. Perloff Esquire.
Date: January  5, 2017                             Attorney for Debtor