# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| David Corbett | : | |
| Debtor | : | Bankruptcy No. 16-14836-AMC |

## PRAECIPE TO WITHDRAW DOCUMENTS

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw the APPLICATION FOR COMPENSATION AND REIMBURSMENT OF EXPENSES and NOTICE thereof, documents #22 and #23 (filed on 10/17/2016). Thank you.

                                                                           Respectfully submitted,

DATE: March 1, 2017                                 /s/ Brandon Perloff, Esq
                                                                        Brandon Perloff, Esquire
                                                                        Attorney for the Debtor
                                                                        1429 Walnut Street, Suite 701
                                                                        Philadelphia, PA 19102
                                                                        267-457-5570