# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: David Corbett
Bankruptcy No. 16-14836AMC
Adversary No.
Chapter      13

Date:   3/3/2017

To:   Brandon J. Perloff
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

## NOTICE OF INACCURATE FILING

Re:  Motion for Refund #46

The above pleading was filed in this office on **01/17/2017**.  Please be advised that the following document(s) filed contains a deficiency as set forth below:

()      Debtor's name does not match case number listed
()      Debtor's name and/or case number (is) are missing
()      Wrong PDF document attached
()      PDF document not legible
**(XX)**  Notice of Motion/Objection-Notice of Motion with hearing date needs to be filed.
()      Electronic Signature missing
()      Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Antoinette Stevenson**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04