## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Corbett<br>      Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns<br>      Movant<br>  vs.<br><br>David Corbett<br>      Debtor<br><br>William C. Miller Esq.<br>      Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-14836 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about **December 8, 2016, Document Number 29**.

                Respectfully submitted,

                **/s/ Brian Nicholas, Esquire**
                Brian Nihcolas, Esquire
                Matteo S. Weiner, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                412-430-3594

March 6, 2017