United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14836-amc
David Corbett                                                         Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Mar 08, 2017
                             Form ID: pdf900          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
db            +David Corbett,    3874 Hollywood Avenue,    Trevose, PA 19053-7912
13829353      +Bucks County Water & Sewer Authority,    1275 Almshouse Road,    Warrington, PA 18976-1209
13756319       Credit Coll,    Po Box,    607 Norwood, MA 02062
13756320      +Justin F. Kobestkl, Esq.,    Manley Deas Kochalskl LLC,    1515 Market Street, Suite 830,
               Philadelphia, PA 19102-1909
13756322      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Glbbsboro, NJ 08026-1191
13756323      +Rev Rec Corp,    612 Gay St,    Knoxvllle, TN 37902-1603
13756324      +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184
13756325       Wells Fargo Bank, N.A.,    One Home Campus/Bank. Dept.,    Des Moines, IA 50328-1001
13836077      +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
               Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 09 2017 01:33:00     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 09 2017 01:32:51     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13756317      +E-mail/Text: banko@berkscredit.com Mar 09 2017 01:32:33     Berks Credit & Coll,
               900 Corporate Dr,    Reading, PA 19605-3340
13756318      +E-mail/Text: bankruptcy@usecapital.com Mar 09 2017 01:33:12     Capital Accounts,
               Po Box 140065,    Nashville, TN 37214-0065
13760306       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2017 01:33:39
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13756321      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2017 01:33:39     Lvnv Funding Lie,
               Po Box 10497,    Greenville, SC 29603-0497
13784343      +E-mail/Text: RVSVCMICNOTICE1@state.pa.us Mar 09 2017 01:32:43
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
                                                                                       TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*           +Bucks County Water & Sewer Authority,    1275 Almshouse Road,    Warrington, PA 18976-1209
                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                          Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor David  Corbett bperloff@kminjurylawyers.com,
              kmecf1429@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
              Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
              bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
              Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
              bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
              Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
              bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: Antoinett          Page 2 of 2              Date Rcvd: Mar 08, 2017
                              Form ID: pdf900          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          SIOBHAN D. BYRNES    on behalf of Creditor    Bucks County Water & Sewer Authority
           sbyrnes@begleycarlin.com,  nfern@begleycarlin.com
          THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 8

In re                                              :          Chapter 13

DAVID CORBETT

    Debtor(s)

                                  :          Bankruptcy No. 16-14836AMC

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 8th day of March, 2017 upon consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that

A.   a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B.   the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;

C.   any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

D.   the plan has been proposed in good faith and not by any means forbidden by law;

E.   the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;

F.   with respect to each allowed secured claim provided for by the plan-

    (1)   the holder of such claim has accepted the plan;

    (2)   (a)   the plan provides that the holder of such claim retain the lien securing such claim, and

           (b)   the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or

    (3)   the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and

G.   the debtor will be able to make all payments under the plan and to comply with the plan;

WHEREFORE, it is ORDERED:

1.   that the plan is CONFIRMED

2.   that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and

3.   that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

                                       _____

                                       Honorable Ashely M. Chan
                                       United States Bankruptcy Judge