UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

David Corbett

          Debtor(s).

13

Bky No. 16-14836-AMC

## ORDER

**AND NOW,** this 27th day of March, 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of Kwartler Manus, LLC**,** counsel for debtor and after notice it is hereby

**ORDERED** that counsel fees and expenses in the amount $3,723.00 less $500.00 already paid with a remaining balance of $3,223.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:    **Brandon Perloff**
        **Kwartler Manus, LLC**
        **1429 Walnut Street**
        **Suite 701**
        **Philadelphia, PA 19102**

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106

        David Corbett
        3874 Hollywood Avenue
        Trevose, PA 19053