United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14836-amc
David Corbett                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Mar 27, 2017
                         Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db             +David Corbett,    3874 Hollywood Avenue,    Trevose, PA 19053-7912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
        BRANDON J. PERLOFF    on behalf of Debtor David  Corbett bperloff@kminjurylawyers.com,
         kmecf1429@gmail.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
   Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
   bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
   Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
   bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
   Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
   bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        SIOBHAN D. BYRNES    on behalf of Creditor    Bucks County Water & Sewer Authority
   sbyrnes@begleycarlin.com,    nfern@begleycarlin.com
        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
   Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
   tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                  TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

David Corbett

13

Bky No. 16-14836-AMC

Debtor(s).

**ORDER**

**AND NOW,** this 27th day of March, 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of Kwartler Manus, LLC**,** counsel for debtor and after notice it is hereby

**ORDERED** that counsel fees and expenses in the amount $3,723.00 less $500.00 already paid with a remaining balance of $3,223.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

**CC:**   **Brandon Perloff**
**Kwartler Manus, LLC**
**1429 Walnut Street**
**Suite 701**
**Philadelphia, PA 19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

David Corbett
3874 Hollywood Avenue
Trevose, PA 19053