## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | **Chapter 13** |
| **David Corbett** | **:** | |
| **Debtor** | **:** | **Bankruptcy No. 16-14836-amc** |

### CERTIFICATION OF NO RESPONSE
### TO MOTION FOR REFUND

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that I have received no response to the Motion for Refund.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

Respectfully submitted,

DATE: April 14, 2017

/s/ Brandon Perloff, Esq
Brandon Perloff, Esquire
Attorney for the Debtor
1429 Walnut Street, Suite 701
Philadelphia, PA 19102
267-457-5570