United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14836-amc
David Corbett                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1              Date Rcvd: Apr 12, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
db             +David Corbett,    3874 Hollywood Avenue,    Trevose, PA 19053-7912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
      BRANDON J. PERLOFF    on behalf of Debtor David  Corbett bperloff@kminjurylawyers.com,
       kmecf1429@gmail.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
       Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
       bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
       Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
       bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
       Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      SIOBHAN D. BYRNES    on behalf of Creditor    Bucks County Water & Sewer Authority
       sbyrnes@begleycarlin.com,    nfern@begleycarlin.com
      THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
       Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
       tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David Corbett<br>    Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>    Movant<br>vs. | NO. 16-14836-AMC |
| David Corbett<br>    Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>    Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on the Debtor's residence is $5,295.80, which breaks down as follows:

Post-Petition Payments:  August 2016 through January 2017 at $710.80
Fees & Costs Relating to Motion: $850.00 Attorney Fee; $181.00 Court Filing Cost
**Total Post-Petition Arrears  $5,295.80**

2. Debtor shall cure said arrearages in the following manner:

 a). Within thirty (30) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include post-petition arrears in the amount of $5,295.80 along with pre-petition arrears.

 b). Movant will file an Amended Proof of Claim in accordance with Debtor's Amended Chapter 13 Plan to include post-petition arrears in the amount of $5,295.80 along with pre-petition arrears.

 c). Beginning February 2017, Debtor shall pay the present regular monthly payment of $711.71 on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month) at the address below:

  Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708.

 d). Maintenance of current monthly mortgage payments to Movant thereafter.

3. Should Debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: January 23, 2017

By: /s/ Thomas I. Puleo, Esquire
Thomas Puleo, Esquire
Attorney for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 1/27/2017

Brandon J. Perloff
Attorney for Debtor

Date: 4-11-17

William C. Miller    JACK MILLER
Chapter 13 Trustee

Approved by the Court this 12th day of April, 2017. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan