**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| David Corbett | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO.: 16-14836-amc |

**PRAECIPE TO WITHDRAW**
**MOTION FOR REFUND**

TO THE CLERK:

    Kindly withdraw the Debtor's Motion for Refund, documents #46, filed on January 17, 2017, and the Notice thereof, document #62, filed on March 15, 2017. Thank you.

    Respectfully submitted,

    /s/ Brandon J. Perloff
    Brandon J. Perloff Esquire.
Date: April 19, 2017    Attorney for Debtor