**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David Corbett <br>                 Debtor <br><br> Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust <br>                 v. <br> David Corbett <br>                 and <br> William C. Miller Esq. <br>                 Trustee | Chapter 13 <br><br> NO. 16-14836 AMC |

**ORDER**

AND NOW, this 17th day of August, 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3874 Hollywood Ave Trevose, Pa 19053.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                                              Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

David Corbett
3874 Hollywood Avenue
Trevose, PA 19053

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Brandon J. Perloff
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532