United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Corbett
    Debtor

Case No. 16-14836-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 2    Date Rcvd: Oct 03, 2017
Form ID: pdf900    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.
```
db           +David Corbett,    3874 Hollywood Avenue,    Trevose, PA 19053-7912
13829353     +Bucks County Water & Sewer Authority,    1275 Almshouse Road,    Warrington, PA 18976-1209
13756319      Credit Coll,    Po Box,    607 Norwood, MA 02062
13756320     +Justin F. Kobestkl, Esq,    Manley Deas Kochalskl LLC,    1515 Market Street, Suite 830,
               Philadelphia, PA 19102-1909
13756321     +Lvnv Funding Lie,    Po Box 10497,    Greenville, SC 29603-0497
13756322     +Quality Asset Recovery,    7 Foster Ave Ste 101,    Glbbsboro, NJ 08026-1191
13756323     +Rev Rec Corp,    612 Gay St,    Knoxvllle, TN 37902-1603
13756324     +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184
13756325      Wells Fargo Bank, N.A.,    One Home Campus/Bank. Dept.,    Des Moines, IA 50328-1001
13836077     +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
               Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:43:59     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13756317     +E-mail/Text: banko@berkscredit.com Oct 04 2017 01:43:30     Berks Credit & Coll,
               900 Corporate Dr,    Reading, PA 19605-3340
13756318     +E-mail/Text: bankruptcy@usecapital.com Oct 04 2017 01:44:23     Capital Accounts,
               Po Box 140065,    Nashville, TN 37214-0065
13760306      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2017 01:53:52
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13784343     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:34
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*          +Bucks County Water & Sewer Authority,    1275 Almshouse Road,    Warrington, PA 18976-1209
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:
```
          BRANDON J. PERLOFF    on behalf of Debtor David  Corbett bperloff@kminjurylawyers.com,
           kmecf1429@gmail.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2             Date Rcvd: Oct 03, 2017
                              Form ID: pdf900            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
        SIOBHAN D. BYRNES    on behalf of Creditor    Bucks County Water & Sewer Authority sbyrnes@begleycarlin.com, brossmann@begleycarlin.com
        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DAVID CORBETT                                          Chapter 13

                    Debtor                    Bankruptcy No. 16-14836-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this __3rd__ day of __October__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRANDON J. PERLOFF
KWARTLER MANUS LLC
1429 WALNUT STREET  STE 701
PHILADELPHIA, PA 19102-


Debtor:
DAVID CORBETT

3874 HOLLYWOOD AVENUE

TREVOSE, PA 19053